UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Terry P. Dor
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

TD Bank, N.A.
Lenore H. Gordon
Keith Nisbet

**COMPLAINT**

Jury Trial: ☐ Yes ☐ No

*(check one)*

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.   **Parties in this complaint:**

A.   List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name             Terry P. Dor
            Street Address   178-31 145th road
            County, City     Queens, Jamaica
            State & Zip Code NY 11434
            Telephone Number 516-309-2630

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name __TD Bank__
Street Address __1100 Lake Street 3rd Floor__
County, City __Bergen, Ramsey__
State & Zip Code __NJ 07446__

Defendant No. 2
Name __Lenore H Gordon__
Street Address __1100 Lake Street 3rd Floor__
County, City __Bergen Ramsey__
State & Zip Code __NJ 07446__

Defendant No. 3
Name __Keith Nisbet__
Street Address __1100 Lake Street 3rd Floor__
County, City __Bergen Ramsey__
State & Zip Code __NJ 07446__

Defendant No. 4
Name ____
Street Address ____
County, City ____
State & Zip Code ____

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
[X] Federal Questions         [X] Diversity of Citizenship
[X] U.S. Government Plaintiff [X] U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __Title VII of Civil Rights act of 1964 on basis of discrimination based on race, national origin, and color.__

-2-

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __New York__

Defendant(s) state(s) of citizenship __New Jersey__

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __In office setting, & over the phone while working from home.__

B. What date and approximate time did the events giving rise to your claim(s) occur? __Nov 2018 - Nov. 11, 2020  2 pm.__

**What happened to you?**

C. Facts: Since working for TD Bank I was denied trainings, fair compensation, bonus', transfer to other departments, transfer to other offices, Networking opportunities, proper working equipment, and verbally disrespected because of my race, national origin, and color.

**Who did what?**

I was struck down at every opportunity to learn or advance by Lenore Gordon & Keith Nisbet. Months later I was placed on a PIP (Performance Improvement Plan) and later fired on Nov. 11, 2020. As a new team member I was bullied very badly by Lenore Gordon.

**Was anyone else involved?**

No, not that I am aware of at this moment.

**Who else saw what happened?**

Scott Moilarkey, Tadessech Lewis, Sameer Sawe, Dwight Swednick, Teresa Keel

- 3 -

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _Loss of Salary, Emotional distress & punitive damages_

### V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I am seeking $120 Million in Compensation.

Salary $109,200 + 10% Bonus (Annually)

Loss of property $200,000. (Estimated) Car & Partial down Payment (home)

Emotional distress

Punitive damages

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15th day of October, 20 21.

Signature of Plaintiff _____
Mailing Address  178-31 145th rd
Jamaica NY 11434

Telephone Number  516-309-2630
Fax Number *(if you have one)* _____
E-mail Address  Terrydor01@yahoo.com

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____